IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-146-BO

KAELEIGHIA N. ROGERS, et al., )
)
        *Plaintiffs,* )
)
v. )    O R D E R
)
CUMBERLAND COUNTY, et al., )
)
        *Defendants.* )

This matter is before the Court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr. [DE 9]. The M&R recommends this Court grant plaintiffs' motions for leave to proceed *in forma pauperis* [DE 2 & 3] but dismiss plaintiffs' complaint [DE 1]. No responses or objections to the M&R were filed before the deadline to do so expired. With no objections to the M&R, this Court may adopt the recommendations if it is "satisf[ied] . . . that there is no clear error on the face of the record . . . ." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation and citation omitted). After reviewing the M&R and all relevant matters, the Court finds no clear error. Accordingly, the Court ADOPTS the M&R [DE 9] in its entirety. Plaintiffs' motions for leave to proceed *in forma pauperis* are GRANTED. Plaintiffs' complaint is DISMISSED. The Clerk is DIRECTED to enter judgment and close the case.

SO ORDERED, this 12 day of September, 2023.

                                         *Terrence Boyle*
                                         TERRENCE W. BOYLE
                                         UNITED STATES DISTRICT JUDGE